UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS RODGERS

    Defendant.

Case No. 2:18-mj-00220-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NICHOLAS RODGERS</u>

Case No. <u>2:18-mj-00220-KJN</u> Charge <u>21 USC 841(a)(1) and 846</u> from custody for

the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    **X**   Unsecured Appearance Bond $   50,000 co-signed by brother, Jack Rodgers

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    **X**   (Other): <u>Pretrial Release conditions as stated on the record in open court.</u>

Issued at Sacramento, California on November 5, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman