**FILED**
NOV - 9 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS RODGERS,<br><br>Defendant. | Case №:2:18-mj-00220-KJN<br><br>**O R D E R**<br><br>**TO UNITED STATES MARSHALL TO ARRANGE TRANSPORTATION AND SUBSISTENCE FOR DEFENDANT**<br>**[18 U.S.C. §4285]** |

TO:    UNITED STATES MARSHAL SERVICE

Upon the Defendant's Motion and good cause appearing,

YOU ARE HEREBY ORDERED to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Chico, California, to the Western District of Tennessee, Eastern Division for his arraignment, scheduled for November 14, 2018 at 10 a.m., where his appearance is required; as well as furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).

DATED: 11/9/2018

CAROLYN K. DELANEY
United States Magistrate Judge