IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №:2:18-mj-00220-KJN |
|---|---|
| Plaintiff, | O R D E R |
| vs. | GRANTING LATE FILING OF NOTICE OF INTENT TO REQUEST REDACTION OF DOCKET 12: TRANSCRIPT OF TESTIMONY OF SCOTT WALES AT IDENTITY HEARING |
| NICHOLAS RODGERS, | |
| Defendant. | |

Upon Defendant's *Request* and good cause appearing;

IT IS HEREBY ORDERED granting Defendant's request to late file his *Notice of Intent to Request Redaction of Docket 12: Transcript of Testimony of Scott Wales at Identity Hearing*.

Dated: January 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE