IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:18-mj-00220-KJN |
|---|---|---|
| Plaintiff, | ) ) | O R D E R GRANTING DEFENDANT'S REQUEST TO REDACT DOCKET 12: TRANSCRIPT OF TESTIMONY OF SCOTT WALES AT IDENTITY HEARING |
| vs. | ) ) | |
| NICHOLAS RODGERS, | ) ) | |
| Defendant. | ) ) | |

Upon Defendant's *Request to Redact* and good cause appearing;

IT IS HEREBY ORDERED, pursuant to Fed.R.Crim.Proc. 49.1, granting Defendant's request to redact *Docket 12: Transcript of Testimony of Scott Wales at Identity Hearing* as follows:

1. Page 7, line 14 redact home address except for city and state;
2. Page 9, line 5 redact home address except for city and state;
3. Page 11, line 2 redact home address except for city;
4. Page 12, lines 13, 16 and 22 redact home address and home address street;
5. Page 12, line 25 to page 13, line 1 redact home address street;
6. Page 13, line 13 redact home address except for city and state;
7. Page 15, lines 3 and 8 redact home address street;
8. Page 16, line 15 redact home address street;
9. Page 23, line 3 redact home address; and
10. Page 23, lines 21 and 25 redact birth date except for year.

Dated: January 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*United States v. Rodgers*   1   Order Granting Request to Redact Docket 12: Transcript of Testimony of Scott Wales at Identity Hearing